No. 1703, Misc. FRANKLIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 1704, Misc. FURTAK v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1705, Misc. MAHI v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1713, Misc. SCOTT v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1714, Misc. FORBES v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1715, Misc. DENMAN v. SHUBOW ET AL. C. A. 1st Cir. Certiorari denied. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Oscar S. Burrows,* Assistant Attorney General, for respondents.

No. 1717, Misc. MILLER ET AL. v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Peter J. O'Connor* for respondent.

No. 1718, Misc. VALENZUELA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1719, Misc. JOHNSON, AKA JOHANSON v. NEW YORK. Ct. App. N. Y. Certiorari denied. *George J. Aspland* and *Joseph F. O'Neill* for respondent.

No. 1720, Misc. PICHE v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1740, Misc. RAY ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *William Cahn* and *George Danzig Levine* for respondent.